IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS FINCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 109-150 |
| | ) | |
| MEDICAL COLLEGE OF GEORGIA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's "Motion for Summary Judgment" (doc. no. 12), "Motion

For Emergency Medical Help" (doc. no. 14), "Motion For Judgment In Plaintiff's Favor"

(doc. no. 22), and "Motion for Medical Examination" (doc. no. 23), are **DENIED**.

SO ORDERED this 1st day of March , 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE