IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ROBERT CURTIS FINCH, )
)
    Plaintiff, )
)
v. ) CV 109-150
)
MEDICAL COLLEGE OF GEORGIA, )
et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion for Summary Judgment" (doc. no. 33) is **DENIED**, and Plaintiff's "Rule 35 Motion For Physical Evidence" (doc. no. 31) is **DENIED**. Furthermore, the above-captioned complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, Plaintiff's state law claims are **DISMISSED** without prejudice, and this civil action is **CLOSED**.[1]

SO ORDERED this 17th day of March, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's "Motion In A Civil Action," and Plaintiff's "Rule 35 Motion for Physical Evaluation/Examination" (doc. nos. 36, 43), are **MOOT**.